[No. 21491-5-III. Division Three. January 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00133-6, Michael E. Donohue and Ellen K. Clark, JJ., entered July 24 and October 15, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21651-9-III. Division Three. January 15, 2004.]

*In the Matter of the Marriage of* TIMOTHY A. DAVISON, *Respondent*, and PATRICIA A. DAVISON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-3-01423-5, Fred Aronow, J. Pro Tem., entered December 6, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 21787-6-III. Division Three. January 15, 2004.]

JAMES W. HARBERD, ET AL., *Appellants*, v. THE CITY OF KETTLE FALLS, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-2-00108-4, Robert D. Austin, J., entered January 22, 2003. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ. Now published at 120 Wn. App. 498.

[No. 21845-7-III. Division Three. January 15, 2004.]

*In the Matter of the Marriage of* DENA MARIE HAMILTON, *Respondent*, and GEORGE HURLEY HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-3-00332-1, Joseph R. Schneider, J. Pro Tem., entered February 6, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J. Now published at 120 Wn. App. 147.